FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

OCT 10 2025

MITCHELL R. ELFERS
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>**EDUIWN CASTRO-VIDAL,**<br><br>    Defendant. | CRIMINAL NO. 25-4175 JHR<br><br>Count 1: 8 U.S.C. §1325(a)(1):<br>Illegal Entry Without Inspection<br><br>Count 2: 50 U.S.C. § 797 (Class A Misdemeanor): Penalty for Violation of Security Regulations<br><br>Count 3: 18 U.S.C. § 1382: Entering Military Property. |

## INFORMATION

The United States Attorney charges:

### Count 1

On or about October 3, 2025, in Doña Ana County, in the District of New Mexico, the defendant, **EDUIWN CASTRO-VIDAL**, who was then and there an alien, did knowingly and unlawfully enter the United States from the Republic of Mexico, at a place not designated as a lawful Port of Entry by immigration officials of the United States for the entrance of immigrants into the United States.

In violation of 8 U.S.C. § 1325(a)(1).

### Count 2

On or about October 3, 2025 in Doña Ana County, in the District of New Mexico, the defendant, **EDUIWN CASTRO-VIDAL**, by knowingly and unlawfully entering the United States from the Republic of Mexico, willfully violated the order issued on April 18, 2025, by the U.S. Army Garrison Fort Huachuca military commander designating the New Mexico National Defense

Areas, also known as the Roosevelt Reservation, as both a restricted area and a controlled area under Army Regulation 190-13, prohibiting the unauthorized entry into the New Mexico National Defense Areas, a defense property security regulation.

In violation of 50 U.S.C. § 797.

## Count 3

On or about October 3, 2025, in Doña Ana County, in the District of New Mexico, the defendant, **EDUIWN CASTRO-VIDAL**, entered any military reservation, post, fort, arsenal, station, and installation, specifically, the New Mexico National Defense Areas, also known as the Roosevelt Reservation, which had been designated both a restricted area and a controlled area pursuant to U.S. Army Regulation 190-13 by the U.S. Army Garrison Fort Huachuca military commander, for any purpose prohibited by law or lawful regulation, specifically, 8 U.S.C. § 1325(a)(1), illegal entry without inspection.

In violation of 18 U.S.C. 1382.

RYAN ELLISON
Acting United States Attorney

_/s/ signature_
TANISHA V. HENSON
Assistant U.S. Attorney
200 N. Church St.
Las Cruces, NM 88001
(575) 522-2304